# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>　vs.<br><br>CATHETER CONNECTIONS, INC.,<br><br>　　　　Defendant-Counterplaintiff. | Case No.  13-cv-2452-H (RBB)<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION TO DISMISS**<br><br>[Doc. Nos. 22 & 28] |

　　　　On January 2, 2014, Plaintiff Ivera Medical Corporation filed its First Amended Complaint against Defendant Catheter Connections, Inc., alleging causes of action for: 1) false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a), and 2) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 et seq. (Doc. No 6.) On March 7, 2014, Defendant filed its answer and asserted counterclaims for: 1) false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a), and 2) unfair competition pursuant to California's UCL, Cal. Bus. & Prof. Code §§ 17200 et seq. (Doc. No. 13.) On April 10, 2014, the parties settled. (See Doc. No. 16.)

　　　　On May 13, 2014, Defendant filed a motion to enforce the settlement and dismiss with prejudice. (Doc. No. 22.) On May 22, 2014, the Court granted Defendant's

motion for an expedited briefing schedule and advanced the hearing date to June 5, 2014. (Doc. No. 30.) On May 22, 2014, the parties filed a joint stipulation of dismissal. (Doc. No. 28.)

The Court, for good cause shown, grants the joint stipulation and dismisses the case. See Fed. R. Civ. P. 41. The Court further orders as follows:

1. The parties will bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action;

2. The Court vacates the hearing scheduled for June 5, 2014;

3. The Court denies all pending motions as moot; and

4. The Court directs the clerk to close this case.

**IT IS SO ORDERED.**

DATED: May 28, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT